Virgil K. Stimer
General Delivery
Tucson Arizona 85726



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIRGIL K STIMER; | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| UNITED COLLECTION BUREAU INC; | )   4:2012-CV-00021 TUC CKJ |
| | ) |
| Defendant | ) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that Plaintiff VIRGIL K STIMER, pursuant to FRCP Rule 41(a)(1)(i), dismisses this action with prejudice.

Dated: February 14, 2012          _Virgil K Stimer_
                                  Virgil K Stimer
                                  General Delivery
                                  Tucson Arizona 85756

1

**CERTIFICATE OF SERVICE**

I, the undersigned, do certify that on *February 14, 2012*, 2012 that I mailed the foregoing NOTICE OF DISMISSAL via Regular mail, United States Postal Service to:

> Kristen P. Arsenault
> Assistant General Counsel
> United Collection Bureau, Inc.
> 2906 Executive Way
> Miramar, FL 33025

*/s/ Virgil K. Stimer/*
VIRGIL K. STIMER